# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Tylann Durrett

                            Plaintiff,

v.                                                  Case No.: 1:19–cv–00312
                                                          Honorable John F. Kness

City of Chicago, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 5, 2020:

      MINUTE entry before the Honorable Sheila M. Finnegan: Settlement conference held on 8/5/2020 by video. Parties reached a binding settlement agreement. Counsel are to promptly draft and exchange settlement documents for signature, and then file a stipulation to dismiss with the district judge. This referral is closed. Mailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.