IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TYLANN DURRETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 19 cv 00312 |
| | ) |
| CITY OF CHICAGO and CHICAGO POLICE | ) Judge Manish S. Shah |
| OFFICERS ROBERT PIZZO, Star #18380, | ) |
| JAMES BANSLEY, Star #8791, and | ) |
| MIGDALIA BULNES, Star #226, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled by the parties and, therefore, this cause should be dismissed without prejudice, to be automatically converted to dismissal with prejudice 75 days from entry of the Court's order, unless a party has moved to extend this date prior to the expiration of the 75 days. Each side shall bear its own costs and attorneys' fees.

/s/ Jeanette Samuels
Jeanette Samuels
Attorney for Plaintiff, Tylann Durrett
Shiller Preyar Jarard & Samuels
601 S. California Avenue
Chicago, IL 60612-3305
(773) 346-1221
Attorney No. 6313890
DATE: 9/28/2020

Respectfully submitted,
CITY OF CHICAGO
a Municipal Corporation

MARK A. FLESSNER
Corporation Counsel
Attorney for City of Chicago
BY: _____
Victoria Benson, Deputy Corporation Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-4883, Attorney No. 6282508
DATE: 9/28/2020

_____
Maxwell Evan Lisy
Assistant Corporation Counsel III
Attorney for Defendants, Robert Pizzo,
James Bansley, and Migdalia Bulnes
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 742-0305
Attorney No. 6321001
DATE: 9/28/2020